AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FIRE DISTRIBUTORS PLUS, LLC, a Florida Limited Liability Company, and IMRAN CHAKKIWALA, an individual resident of Florida,

*Plaintiff(s)*

v.

NUTRIZEN LLC, a Florida Limited Liability Corporation, and CLEAR CONNECT DISTRIBUTORS LLC, a Georgia Limited Liability Company,

*Defendant(s)*

Civil Action No. 0:23-cv-62425-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLEAR CONNECT DISTRIBUTORS LLC
7074 PEACHTREE INDUSTRIAL BLVD.
PEACHTREE CORNERS, GA 30071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LOUIS R. GIGLIOTTI, PA
LOUIS R. GIGLIOTTI, ESQ.
1605 DEWEY STREET
HOLLYWOOD FL 33020
(954) 471 4392
EMAIL:lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 29, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FIRE DISTRIBUTORS PLUS, LLC, a Florida Limited Liability Company, and IMRAN CHAKKIWALA, an individual resident of Florida,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NUTRIZEN LLC, a Florida Limited Liability Corporation, and CLEAR CONNECT DISTRIBUTORS LLC, a Georgia Limited Liability Company,<br><br>*Defendant(s)* | Civil Action No. 0:23-cv-62425-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NUTRIZEN LLC
1641 FAIRWAY RD
PEMBROKE PINES, FL 33026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LOUIS R. GIGLIOTTI, PA
LOUIS R. GIGLIOTTI, ESQ.
1605 DEWEY STREET
HOLLYWOOD FL 33020
(954) 471 4392
EMAIL:lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 29, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts